# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−30725−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alejandro Gamboa
  aka Alejandro Gamboa Pulido
  1050 Alcyon Drive
  Bellmawr, NJ 08031

Social Security No.:
  xxx−xx−0252

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: April 17, 2019
JAN: eag

                                        Jeanne Naughton
                                        Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 15-30725-ABA
Alejandro Gamboa                                             Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin            Page 1 of 2          Date Rcvd: Apr 17, 2019
                              Form ID: cscnodsc      Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db             +Alejandro Gamboa,    1050 Alcyon Drive,    Bellmawr, NJ 08031-1603
cr             +CARISBROOK ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +QUEENS PARK OVAL ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
lm             +Queen's Park Oval Asset Holding Trust,    c/o Phelan Hallinan & Schmieg,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +ROUNDPOINT MORTGAGE SERVICING CORP. AS SERVICER FO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515831484      +AT&T,   C/O ER Solutions,    800 SW 39th Street,    Renton, WA 98057-4927
515831485      +Bellmawr Water,    P O Box 368,    Bellmawr, NJ 08099-0368
515831486      +Borough of Bellmawr,    21 E Browning Road,    P O Box 368,    Bellmawr, NJ 08099-0368
515831487      +Camden County Sheriff,    520 Market Street,    Camden, NJ 08102-1300
515831489       Capital One Adjustment Bureau,    P O Box 34111,    Memphis, TN 38184-0111
515831490      +Chase Home Finance,    3415 Vision Drive, Dept Oh4-7142,    Columbus, OH 43219-6009
515831492       Citi Financial,    P.O. Box 1385,    Bellmawr, NJ 08099-5385
515831494      +Emergency Physician Assoc Of S.J.,    507 Prudential Road,    Horsham, PA 19044-2308
515831495       HSBC Auto Finance,    P.O. Box 17548,    Baltimore, MD 21297-1548
515831498      +Kennedy Health System,    P.O. Box 48023,    Newark, New Jersey 07101-4823
515831500       Kennedy Helath Systems,    C/O Financial Recoveries,    P O Box 1388,
                 Mount Laurel, NJ 08054-7388
515831501       Marlton Pediatrics,    C/O I.C. Systems, Inc,    P O Box 64378,    Saint Paul, MN 55164-0378
515831502      +Newborn Health Assoc, LLC,    1020 Laurel Oak Rd, Ste 200,    Voorhees, NJ 08043-3518
515831503      +Palisades Collection,    C/O Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515831504      +Phelan, Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515831505       Premier Bank Card,    P O Box 129,    Thorofare, NJ 08086-0129
515831509      +Queen's Park Oval Asset Holding,    C/O Zucker, Goldberg & Ackerman,
                 200 Sheffield Street, Ste 301,    Mountainside, NJ 07092-2315
516035696      +Queen's Park Oval Asset Holding Trust,    c/o Roundpoint Mortgage Servicing Corpor,
                 5016 Parkway Plaza Blvd., Suite 200,    Charlotte, NC 28217,    ( 28217-1930
515831510      +Quenn's Park Asset Holding Trust,    C/O Stern & Eisenber, PC,    1040 N Kings Highway, Ste 407,
                 Cherry Hill, NJ 08034-1925
515831519     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: US Department of Education,    PO Box 7202,    Utica, NY 13504-7202)
515831518       Underwood Memorial Hospital,    Billing Department,    509 N. Broad Street,
                 Woodbury, NJ 08096-1697
515831520       Virtua Center for Women,    C/O Apex,    2501 Oregon Pike, Ste 102,    Lancaster, PA 17601-4890
515831521      +Virtua Health,    101 Carnie Blvd.,    Voorhees, NJ 08043-1548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 00:49:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 00:49:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515831488       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 18 2019 00:54:52      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
515831491       E-mail/Text: g20956@att.com Apr 18 2019 00:50:02      Cingular Wireless,    P.O. Box 537113,
                 Atlanta, GA 30353-7113
515831493      +E-mail/Text: egssupportservices@alorica.com Apr 18 2019 00:49:30
                 Emerg Phys Assoc of South Jersey,    C/O NCO Medclear,    507 Prudential Road,
                 Horsham, PA 19044-2308
515831497       E-mail/Text: cio.bncmail@irs.gov Apr 18 2019 00:48:25      IRS-Insolvency Unit,
                 955 S. Springfield Ave., Bldg A,    P.O. Box 724,    Springfield, NJ 07081
515831499       E-mail/Text: data_processing@fin-rec.com Apr 18 2019 00:48:38      Kennedy Health Systems,
                 C/O Financial Recoveries,    P O Box 385908,    Minneapolis, MN 55438-5908
515831506      +E-mail/Text: csidl@sbcglobal.net Apr 18 2019 00:49:49      Premier Bankcard, Inc.,
                 Premier /CSI Dept. SDPR,    P O Box 2208,    Vacaville, CA 95696-8208
515831507      +E-mail/Text: egssupportservices@alorica.com Apr 18 2019 00:49:30      Progressive Insurance,
                 C/O NCO Financial Services,    507 Prudential Road,    Horsham, PA 19044-2308
515831508       E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 18 2019 00:50:15
                 Progressive Insurance Co.,    C/O CCS Check Proscessing Ctr-27,    P O Box 55126,
                 Boston, MA 02205-5126
515831511      +E-mail/Text: bk@rgsfinancial.com Apr 18 2019 00:47:57      Rewards 660 Visa,    C/O RGS Financial,
                 3333 Earhart Dr, Ste 150,    Carrolton, TX 75006-5152
515831512       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 00:56:29      Roundup Funding,
                 MS 550,    P O Box 91121,    Seattle, WA 98111-9221
515831513       E-mail/Text: appebnmailbox@sprint.com Apr 18 2019 00:49:11      Sprint Nextel Correspondence,
                 Attn: Bankruptcy Department,    P O Box 7949,    Overland Park, KS 66207-0949
515831515      +E-mail/Text: EBNProcessing@afni.com Apr 18 2019 00:49:28      Sprint PCS,    C/O Afni, Inc.,
                 P. O. Box 3427,    Bloomington, IL 61702-3427
515831514       E-mail/Text: RMOpsSupport@alorica.com Apr 18 2019 00:49:30      Sprint PCS,
                 C/O West Asset Management,    3432 Jefferson Avenue,    Texarkana, AR 71854-2747
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Apr 17, 2019
                              Form ID: cscnodsc        Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
515831517        E-mail/Text: clientrep@capitalcollects.com Apr 18 2019 00:50:28    Underwood Memorial Hospital,
                   C/O Capital Collection Service,   P. O. Box 150,   West Berlin, NJ 08091-0150
                                                                                                    TOTAL: 16

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
515831496*       Internal Revnue Service BK Dept,   P O Box 7346,   Philadelphia, PA 19101-7346
515831516       ##TSYS Total Debt Management, Inc.,   P.O. Box 6700,   Norcross, GA 30091-6700
                                                                                           TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP. AS SERVICER FOR
               QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              Tamika Nicole Wyche    on behalf of Debtor Alejandro  Gamboa dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
                                                                                                    TOTAL: 9