UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Tamika N. Wyche, Esquire
DAVID PAUL DANIELS
A PROFESSIONAL CORPORATION
3300 Federal Street
Camden, New Jersey 08105
(856) 338-0411
TW 06502006

Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALEJANDRO GAMBOA

Case No.: 15-30725

Hearing Date: July 9, 2019

Judge: ABA

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Tamika N. Wyche, Esquire_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within __30__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*