UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Tamika N. Wyche, Esquire
DAVID PAUL DANIELS
A PROFESSIONAL CORPORATION
3300 Federal Street
Camden, New Jersey 08105
(856) 338-0411
TW 06502006

**Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALEJANDRO GAMBOA

Case No.: 15-30725

Hearing Date: July 9, 2019

Judge: ABA

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Tamika N. Wyche, Esquire_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within ___30___ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-30725-ABA
Alejandro Gamboa                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 09, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db             +Alejandro Gamboa,    1050 Alcyon Drive,    Bellmawr, NJ 08031-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP. AS SERVICER FOR
               QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Kevin Gordon McDonald    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              Tamika Nicole Wyche    on behalf of Debtor Alejandro  Gamboa dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
                                                                                               TOTAL: 9